

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

May 12, 2010

**VIA ECF and US MAIL (COURTESY COPY)**

Hon. Allyne R. Ross
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Capital One, N.A. v. Leser - 1:10-cv-00393-ARR-LB</u>

Jessica Macarone
Associate
T. 973.848.5336
F. 973.297.3769
jmacarone@mccarter.com

Dear Judge Ross:

  Attached as <u>Exhibit A</u> to this letter is a Consent Order Settling Matter (the "Consent Order") executed by both Plaintiff's and Defendants' counsel. Paragraph A of the Consent Order references a "Settlement Agreement dated as of March __, 2010. . ." Please note that "March __, 2010" represents the date as it appears on the Settlement Agreement itself and has been intentionally left blank to accurately reflect the date as it is listed on that document.

  If acceptable to Your Honor, we request that the attached Consent Order be executed and entered accordingly.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Respectfully submitted,

Jessica J. Macarone

cc: Robert L. Rimberg, Esq. (via email and US mail)

Enclosure

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 9939776v.1